TARA J. ELLIOTT
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2nd Floor
Missoula, MT 59802
Phone: (406) 542-8851
FAX: (406) 542-1476
Email: Tara.Elliott@usdoj.gov

ATTORNEYS FOR PLAINTIFF
UNITED STATES OF AMERICA



FILED

JAN 2 3 2015

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BUTTE DIVISION

| UNITED STATES OF AMERICA, | CR 15- 4 -BU-DLC |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE<br>Title 21 U.S.C. § 846 (Count I)<br>(Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years supervised release) |
| JASON ANDREW BAIROS,<br><br>Defendant. | |
| | POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE<br>Title 21 U.S.C. § 841(a)(1) (Count II)<br>(Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years supervised release) |

|   | **POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME**<br>Title 18 U.S.C. § 924(c)(1)(A) (Count III)<br>(Penalty: Mandatory minimum five years to life imprisonment, $250,000 fine, and five years supervised release)<br><br>**DISTRIBUTION OF METHAMPHETAMINE**<br>Title 21 U.S.C. § 841(a)(1)<br>(Counts IV and V)<br>(Penalty: Mandatory minimum five to 40 years imprisonment, $5,000,000 fine, and at least four years supervised release)<br><br>**TITLE 21 PENALTIES MAY BE ENHANCED FOR PRIOR DRUG-RELATED FELONY CONVICTIONS** |
|---|---|

THE GRAND JURY CHARGES:

COUNT I

That beginning in or around June 2014, and continuing through on or about September 2014, in Gallatin County, in the State and District of Montana, and elsewhere, the defendant, JASON ANDREW BAIROS, knowingly and unlawfully conspired with other persons, known and unknown to the Grand Jury, to distribute, in violation of 21 U.S.C. § 841(a)(1), 500 grams or more of a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

## COUNT II

That beginning in or around June 2014, and continuing through on or about September 2014, in Gallatin County, in the State and District of Montana, the defendant, JASON ANDREW BAIROS, knowingly and unlawfully possessed, with the intent to distribute, 500 grams or more of a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT III

That beginning in or around June 2014, and continuing through on or about September 2014, in Gallatin County, in the State and District of Montana, and elsewhere, the defendant, JASON ANDREW BAIROS, knowingly possessed a firearm in furtherance of a drug trafficking crime that may be prosecuted in a court of the United States, that is conspiracy to distribute methamphetamine and possession with the intent to distribute methamphetamine, as alleged in Counts I and II, in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT IV

That on or about August 14, 2014, in Gallatin County, in the State and District of Montana, the defendant, JASON ANDREW BAIROS, knowingly and unlawfully distributed more than 50 grams of a substance containing a detectable

amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT V

That on or about August 26, 2014, in Gallatin County, in the State and District of Montana, the defendant, JASON ANDREW BAIROS, knowingly and unlawfully distributed more than 50 grams of a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

A TRUE BILL.   Foreperson signature redacted. Original document filed under seal.

_____
MICHAEL W. COTTER
United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: ✓  State Custody
Bail: _____

4