IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JASON ANDREW BAIROS, <br><br> Defendant. | CR 15–04–BU–DLC <br><br> ORDER |

United States Magistrate Judge Jeremiah C. Lynch entered Findings and Recommendation in this matter on April 16, 2015. Neither party objected and therefore they are not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Lynch recommended this Court accept Jason Andrew Bairos's guilty plea after Bairos appeared before him pursuant to Federal Rule of Criminal

Procedure 11, and entered a plea of guilty to one count of distribution of methamphetamine in violation of 21 U.S.C. § 841(a)(1) (Count V), as set forth in the Indictment. In exchange for Defendant's plea, the United States has agreed to dismiss Counts I through IV of the Indictment.

I find no clear error in Judge Lynch's Findings and Recommendation (Doc. 28), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Jason Andrew Bairos's motion to change plea (Doc. 19) is GRANTED and Jason Andrew Bairos is adjudged guilty as charged in Count V of the Indictment.

DATED this 4th day of May, 2015.

/s/ Dana L. Christensen
Dana L. Christensen, Chief District Judge
United States District Court