IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION



FILED
JAN 16 2018
Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON ANDREW BAIROS,<br><br>Defendant. | CR 15–04–BU–DLC<br><br>ORDER |

Defendant Jason Andrew Bairos ("Bairos") has filed a Motion Requesting a Judicial Recommendation to the Bureau of Prisons that he be eligible to serve the maximum time allowable by statute (12 months) at a Residential Re-entry Center ("RRC")/halfway house preceding the expiration of his sentence. (Doc. 39.)

Bairos is currently serving a 60-month term of imprisonment at FCI Terminal Island, to be followed by 5 years of supervised released. His release date is January 13, 2019. Bairos believes that placement at a RCC/halfway house upon release would help him reform and rejoin a law-abiding society. While the Court understands Bairos's desire to reside in a RCC/halfway house upon release from prison, the Court will not distinguish him from other inmates. It is within the discretion of the Bureau of Prisons to assign halfway house placement in

-1-

accordance with the criteria Congress has given it. *See* 18 U.S.C. § 3621(b).

Accordingly, IT IS ORDERED that Defendant Bairos's Motion (Doc. 39) is DENIED.

IT IS FURTHER ORDERED that the clerk's office shall mail a certified copy of this order to the Bureau of Prisons Facility at FCI Terminal Island, 1299 Seaside Avenue, San Pedro, CA 90731.

DATED this 16th day of January, 2018.

Dana L. Christensen, Chief Judge
United States District Court